IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CLEOTIS JOHNSON, KENNETH LOWE, JAMES BUTLER, and WILLIE MOORE, | * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:05CV00794 SWW |
| ARKANSAS STATE HOSPITAL, GLENN SAGO, LARRY JORDAN, and CHARLES SMITH, | * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that plaintiffs' claims be and are hereby dismissed with prejudice.

DATED this 5th day of March 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE